JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND; TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE; LOS ANGELES ELECTRICAL WORKERS CREDIT UNION; ADMINISTRATIVE MAINTENANCE FUND; CONTRACT COMPLIANCE FUND,<br><br>      Plaintiffs,<br><br>  vs.<br><br>JAM FIRE PROTECTION, INC., a California corporation doing business as "Jam Corporation"<br><br>      Defendant. | CASE NO.: CV-08-02357 ABC (JWJx)<br><br>Assigned to Honorable Audrey B. Collins<br><br>[~~Proposed~~]  JUDGMENT |

///

///

///

///

1                      Judgment

254466.1

Plaintiffs and Defendant filed cross-motions for summary judgment. On November 3, 2009, after fully considering all briefs, arguments, evidence and other matters presented, the Court issued an order granting Plaintiffs' motion and denying Defendant's motion. The Court now concludes that Plaintiffs are entitled to judgment as a matter of law, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, and Los Angeles Electrical Workers Credit shall recover from Defendant Jam Fire Protection, Inc., a California corporation doing business as "Jam Corporation," the principal amount of $393,889.15 (consisting of fringe benefit contributions of $272,738.63, prejudgment interest of $56,986.51, liquidated damages of $56,986.51, and audit fees of $7,177.50), together with post-judgment interest as provided by law.

DATED: **11/12/09**

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:
LAQUER, URBAN, CLIFFORD & HODGE LLP

By: */ S / - J. Paul Moorhead*
    J. Paul Moorhead
    Counsel for Plaintiffs

2                                                                         Judgment

254466.1